HYMAN KARLIN, Plaintiff, Respondent, *v.* FRED W. POOLEY, Defendant, Appellant, and JAMES A. KENT, LEO D. SLINEY and WILLIAM E. BOWDEN, Defendants.

Supreme Court, Appellate Term, First Department, January — Filed February, 1924.

Municipal Court, city of New York — judgment on confession — no action pending when judgment rendered — order denying motion to vacate judgment reversed.

Where no action was pending in the Municipal Court of the city of New York at the time it rendered a judgment upon confession, an order denying a motion to vacate said judgment and all proceedings based thereon will be reversed and the motion granted.

APPEAL by defendant Pooley from an order of the Municipal Court of the city of New York, borough of Manhattan, first district, denying motion to vacate judgment herein entered against defendant, appellant.

*Christian S. Lorentzen,* for appellant.

*Morse S. Hirsch,* for respondent.

*Per Curiam.* As the jurisdiction of the Municipal Court to render judgment upon confession is specifically limited to the rendering of such judgment " in an action " (Mun. Ct. Code, § 6, subd. 3) as distinguished from a judgment on confession rendered in the Supreme Court " without action " (Civ. Prac. Act, § 540), and as no action was pending at the time of the entry of the judgment herein, it was error to deny the motion to vacate the judgment and the proceedings based thereon.

Order reversed, with ten dollars costs, and motion granted, with ten dollars costs.

All concur; present, BIJUR, MULLAN and LYDON, JJ.

Ordered accordingly.